W. F. PARKS v. STATE.

No. A-1969. Opinion Filed September 5, 1914.

Appeal from Superior Court, Muskogee County;

Farrar L. McCain, Judge.

W. F. Parks was convicted of violating the prohibitory law, and appeals. Affirmed.

Crump, Crump & Garrett, for the plaintiff in error.

C..J. Davenport, Asst. Atty. Gen., for the State

PER CURIAM. Plaintiff in error, W. F. Parks, was convicted at the January, 1913, term of the superior court of Muskogee county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of fifty dollars Upon a careful examination of this record we find no error sufficient to justify a reversal of the judgment. It is therefore affirmed.